IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MONTREL JAFAR BANKS
ADC # 187806                                                                           PLAINTIFF

v.                          No. 4:25-cv-340-DPM

FAULKNER COUNTY JAIL, Jail House;
STRASSNER, Sergeant, Faulkner County
Detention Center; and DOYLE,
Lieutenant, Faulkner County Detention
Center                                                                                 DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 7*, and overrules Banks's objections, *Doc. 9*. Banks's claims will be dismissed without prejudice. Motions, *Doc. 5, 6, & 8* denied as moot. Banks's notice about his transfer, *Doc. 11*, is appreciated. No Orders were filed in this case between 10–13 June 2025. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2025