IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MONTREL JAFAR BANKS
ADC # 187806                                                                         PLAINTIFF

v.                          No. 4:25-cv-340-DPM

FAULKNER COUNTY JAIL, Jail House;
STRASSNER, Sergeant, Faulkner County
Detention Center; and DOYLE,
Lieutenant, Faulkner County Detention
Center                                                                                DEFENDANTS

## JUDGMENT

Banks's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2025